**GOODWIN | PROCTER**

Daniel M. Glosband  
617.570.1930  
dglosband@goodwinprocter.com

Goodwin Procter LLP  
Counsellors at Law  
Exchange Place  
Boston, MA 02109  
T: 617.570.1000  
F: 617.523.1231

November 27, 2007



USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 11/30/07

The Honorable Robert W. Sweet  
United States District Court for the Southern  
    District of New York  
Daniel Patrick Moynihan United States  
    Courthouse  
500 Pearl Street, Room 1920  
New York, New York 10007

Re:  BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES MASTER FUND, LTD.(IN PROVISIONAL LIQUIDATION) Civil Case No. 07-8730 (RWS); BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES ENHANCED LEVERAGE MASTER FUND, LTD (IN PROVISIONAL LIQUIDATION) Civil Case No. 07-8746 (RWS)

Dear Judge Sweet:

      Pursuant to Your Honor's "so ordered" notation on Appellants' October 12, 2007 letter to the Court establishing briefing dates and procedure in the above appeals (Docket No. 3 in case No. 07-cv-8730), Professor Jay L. Westbrook, Professor Kenneth N. Klee and Daniel M. Glosband request leave of this Court to submit a brief as Amici Curiae. Your Honor's clerk advised that our request should be made by a letter addressed to you and not by motion.

      Professor Westbrook and Mr. Glosband were part of the "small drafting group" that drafted the UNCITRAL Model Law on Cross-Border Insolvency and they then served as the primary draftsmen assisting the Department of State and the Congress in drafting chapter 15 of the Bankruptcy Code. They each have written extensively on chapter 15. Professor Klee, one of the draftsmen of the 1978 Bankruptcy Code, assisted with the drafting of chapter 15 and its presentation to Congress.

LIBC/3166055.1

*So ordered*  
*Sweet USDJ*  
*11-30-07*

The Honorable Robert W. Sweet
November 27, 2007
Page 2

      We believe that our brief as amici curiae will be helpful to the Court in its interpretation and application of a new statute with significant international heritage and implications. Our brief is enclosed. We thank Your Honor for his consideration.

                            Respectfully submitted,

                            /s/ Daniel M. Glosband
                            Daniel M. Glosband, for himself and
                            Messrs. Westbrook and Klee

Enclosures